*Rivers Buford,* Attorney General, for the motion.

---

Miami Coca-Cola Bottling Company, a Corporation, Appellant, v. Orange-Crush Bottling Company of Florida, a Corporation, Orange-Crush Bottling Company, a Corporation, and Orange-Crush Company, a Corporation, Appellees.

An Appeal from the Circuit Court for the County of Dade.

Appeal dismissed on motion of counsel for the respective parties.

*Lilburn R. Railey,* for Appellant;

*Kay, Adams & Ragland,* for Appellees.